**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00053-CR**
_____

**EX PARTE RUBI GUILLERMO**

**On Appeal from the 443rd District Court**
**Ellis County, Texas**
**Trial Cause No. 21-002**

**MEMORANDUM OPINION**

Appellant Rubi Guillermo filed a motion to dismiss his appeal.[1] *See* Tex. R. App. P. 42.2. Guillermo and the attorney who represents him in his appeal both signed the motion. The Court has not issued an opinion deciding his appeal.

Accordingly, the motion is granted and the appeal is dismissed.

_____

[1]The Texas Supreme Court transferred Guillermo's appeal from the Tenth Court of Appeals in Waco, Texas to this Court in a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 13, 2021
Opinion Delivered April 14, 2021
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.